**DEFENDERS OF WILDLIFE, et al., Appellees,**

v.

**Gale A. NORTON, Secretary of the Interior, et al., Appellees,**

**Central Arizona Water Conservation District, et al., Appellants.**

**Nos. 00–5377, 00–5378, 00–5390, 00–5397, 00–5399.**

United States Court of Appeals, District of Columbia Circuit.

Sept. 2, 2003.

Eric Robert Glitzenstein, Katherine Anne Meyer, Meyer & Glitzenstein, William John Snape, III, Defenders of Wildlife, Washington, DC, for Plaintiff–Appellee.

David Carlisle Shilton, Attorney, U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

Virginia Swisshelm Albrecht, Robert L. Gulley, Andrew Jacob Turner, Douglas Scott Burdin, Hunton & Williams, William P. Horn, Birch, Horton, Bittner & Cherot, Washington, DC, John B. Weldon, Jr., Salmon, Lewis & Weldon, Phoenix, AZ, Richard M. Frank, Sacramento, CA, Peter Emmerich von Haam, Los Angeles, CA, Mary Elizabeth Hackenbracht, Oakland, CA, for Movant Intervenor–Appellant.

Edward Joseph McGrath, Kellie A. Donnelly, Sullivan & Worcester, Washington, DC, Lisa Michelle McKnight, Salmon, Lewis & Weldon, Gregg A. Houtz, William Patrick Schiffer, Phoenix, AZ, James H. Davenport, Las Vegas, NV, for Movant Intervenor–Appellee.

Before GINSBURG, Chief Judge, SENTELLE and RANDOLPH, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

Upon consideration of the district court's order entered March 31, 2003, denying plaintiffs' motion for summary judgment and granting defendants' cross-motion for summary judgment; the district court's order entered June 4, 2003, denying plaintiffs' motion for reconsideration; and the expiration of the time for filing a notice of appeal on August 4, 2003, *see* FED. R.APP. P. 4(a)(1)(B), without any such notice being filed, it is hereby

ORDERED that this appeal from the order of the district court denying appel-

**64**

lants leave to intervene as of right be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fᴇᴅ. R.Aᴘᴘ. P. 41(b); D.C. Cɪʀ. Rᴜʟᴇ 41.

